```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

AMY VALENTINE,

                Plaintiffs,

- against -

NATIONAL RECOVERY AGENCY,

                Defendant.

**ORDER**

15-CV-6620 (ARR) (MDG)

```
------------------------------------------------------------X
```

GO, United States Magistrate Judge:

Plaintiff Amy Valentine's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

SO ORDERED.

                                                   __/s/_____
                                                   MARILYN D. GO
                                                   United States Magistrate Judge

Dated: November 19, 2015
       Brooklyn, New York